U.S. District Court, Middle District of Louisiana
Exhibits Log for: CR11-38JJB
USA v. William Jarman, 4/2/2014

| Exhibit | Description |
| --- | --- |
| Def-1 | Affidavit of Tedder (12/5/08) |
| Def-2 | FBI Memo (IWest Lead) (6/25/08) |
| Def-7 | Jetpay Discovery (504, 396-403) |
| Def-8 | ICE Memo (304-329) |
| Def-9 | Form Affidavit changes (330-345) |
| Def-10 | Belarus schedule (IWest) (284-297) |
| Def-13 | Schedule of Transactions (263-283) |
| Def-15 | FD-302 Interview of Collins by Jones (11/26/07) |
| Def-16 | Handwritten notes of Jones |
| Def-17 | FBI Memo (11/27/07) |
| Def-18 | FD-302 Interview of Collins by Tedder (1/24/08) |
| Def-19 | Handwritten notes of Tedder |
| Def-20 | FBI Receipt for Property (1/24/08) |
| Def-21 | FBI - Evidence Chain-of-Custody (1/24/08) |
| Def-23 | Search warrant (Hard Drive )(12/5/08) |
| Def-24 | Search warrant (Jarman residence) (12/5/08) |
| Def-25 | Evidence Discovery Log (12/8/08) |
| Def-26 | Search warrant return (Jarman residence) (12/8/08) |
| Def-27 | Search photographs (in globo) |
| Def-28 | Search warrant return (Hard Drive) (12/5/08) |
| Def-29 | Discovery letter from DOJ (8/6/09) |
| Def-30 | FTK Report (1st page) (11/5/10) |
| Def-31 | Schedule pertaining to ICE information on Home Collection Website |